## 16295

ATLAS FINANCE CO., INC., v. CREDIT CO., INC., *ET AL.*

(57 S. E. (2d) 65)

*Messrs. C. T. Graydon and Augustus T. Graydon,* of Columbia, *for Appellant,*

*Messrs. Cooper & Gary,* of Columbia, *for Respondent,*

156

158

December 15, 1949.

PER CURIAM.

Being satisfied that the trial judge correctly decided all issues in this order disposing of respondent's motion for judgment *non obstante veredicto,* we direct that such order be published as the opinion of this Court.

All exceptions are therefore overruled and the judgment affirmed.